IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

|  |  |  |
|---|---|---|
| PUEBLO OF LAGUNA; PUEBLO OF JEMEZ, | ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 1:21-cv-00277-JFR-KK |
| MICHAEL REGAN, in his official capacity as Administrator of the United States Environmental Protection Agency; UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; TAYLOR N. FERRELL, in his official capacity as Acting Assistant Secretary of the Army for Civil Works; UNITED STATES ARMY CORPS OF ENGINEERS, | ) ) ) ) ) ) ) ) ) ) | COMPLAINT FOR VIOLATIONS of the ADMINISTRATIVE PROCEDURE ACT; the CLEAN WATER ACT; and FEDERAL TRUST RESPONSIBILITIES. |
| Defendants. | ) ) ) ) | |

## MOTION TO WITHDRAW AS COUNSEL

Jessica I. Martinez respectfully requests that this Court enter an order allowing her to withdraw as counsel.

In support of this motion, counsel state as follows:

1.     On March 26, 2021, a civil complaint was filed on behalf of the Plaintiffs, the Pueblo of Laguna and the Pueblo of Jemez.

2.     Ms. Martinez is a clinical student with the Southwest Indian Law Clinic during the Spring term. The Spring term will end on May 19, 2021.

3. Based upon review of the docket sheet, counsel for the government has not been assigned to this matter. Accordingly, we are unable to obtain their position with respect to this motion.

WHEREFORE, Jessica I. Martinez requests that this Court allow her withdrawal in this matter.

Respectfully submitted,
*/s/ Jessica I. Martinez*
Jessica I. Martinez
Attorney for Plaintiffs
martinjes@law.unm.edu
UNM School of Law Clinic
1117 Stanford Drive NE
Albuquerque, NM 87131-0001