IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PUEBLO OF LAGUNA *et al.*,

    Plaintiffs,

vs.                                                      Civ. No. 21-277 WJ/KK

MICHAEL REGAN *et al.*,

    Defendants.

## ORDER SETTING BRIEFING SCHEDULE

THIS MATTER is before the Court on the parties' Joint Status Report (Doc. 21), filed June 28, 2021. The Court, having reviewed the Joint Status Report, the record, and the relevant law, and being otherwise fully advised, hereby ORDERS as follows:

The parties shall file and brief Defendants' anticipated Motion for Voluntary Remand without Vacatur ("Motion") as follows:

1. Defendants shall file their Motion on or before **Friday, July 2, 2021**;

2. Plaintiffs shall file a response to the Motion on or before **Friday, July 30, 2021**; and,

3. Defendants shall file a reply in support of the Motion on or before **Friday, August 27, 2021**.

IT IS SO ORDERED.

                                                                       */s/ Kirtan Khalsa*
                                                                       KIRTAN KHALSA
                                                                       UNITED STATES MAGISTRATE JUDGE